# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ALLISON P. SMITH, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: |
| ) | 2:18-cv-00870-ECM-WC |
| ) | |
| v. ) | |
| ) | |
| CHILTON COUNTY BOARD OF ) | |
| EDUCATION, TOMMY GLASSCOCK, ) | |
| LORI PATTERSON, LINDA HAND, ) | |
| JOE MIMS, KEITH MOORE, PAM ) | |
| PRICE, JAMES SHANNON, CURTIS ) | |
| SMITH, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF
## PRO TANTO DISMISSAL
_____

Plaintiff Allison P. Smith and Defendants Chilton County Board of Education, Lori Patterson, Linda Hand, Joe Mims, Keith Moore, Pam Price, James Shannon, and Curtis Smith hereby jointly stipulate that the claims asserted by Plaintiff against these Defendants be dismissed with prejudice, costs taxed as paid. As grounds therefore, these parties have negotiated a full, final, and binding settlement agreement resolving all claims and disputes in this lawsuit.

Plaintiff reserves all rights and causes of action against Defendant Tommy Glasscock. All federal and state law claims asserted in this lawsuit against Defendant Glasscock shall remain pending.

Respectfully submitted this 2nd day of December, 2019.

| | |
|---|---|
| /s/ *Sonya C. Edwards* | /s/ *Whit Colvin* |
| Sonya C. Edwards | Whit Colvin |
| EDWARDS LAW, LLC | BISHOP, COLVIN, JOHNSON & KENT, LLC |
| 3900 Montclair Road | 1910 1st Avenue North |
| Suite 3900 # 130937 | Birmingham, Alabama 35203 |
| Birmingham, Alabama 35213 | Office: (205) 224-4195 |
| Office: (205) 871-7567 | wcolvin@bishopcolvin.com |
| sonya@sonyaedwardslaw.com | |
| | |
| Attorney for Plaintiff Allison P. Smith | Attorneys for Defendants Chilton County Board of Education, Lori Patterson, Linda Hand, Joe Mims, Keith Moore, Pam Price, James Shannon, and Curtis Smith |

## **CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Mark S. Boardman
Clay R. Carr
Boardman, Carr, Petelos, Watkins & Ogle, P.C.
400 Boardman Drive
Chelsea, Alabama 35043

This, the 2nd day of December, 2019.

                                                  *s/ Sonya C. Edwards*
                                                  Sonya C. Edwards