IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALLISON P. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 2:18-cv-870-ECM |
| | ) | [wo] |
| CHILTON COUNTY BOARD OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the parties' Joint Stipulation of Pro Tanto Dismissal (doc. 36) filed on December 2, 2019, which comports with FED.R.CIV.P. 41(a)(1)(A)(ii), this action has been dismissed as to Defendants Chilton County Board of Education, Lori Patterson, Linda Hand, Joe Mims, Keith Moore, Pam Price, James Shannon, and Curtis Smith with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The case will proceed only on the Plaintiff's claims against Tommy Glasscock.

DONE this 5th day of December, 2019.

                                                      /s/ Emily C. Marks
                                                      EMILY C. MARKS
                                                      UNITED STATES DISTRICT JUDGE