IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALLISON P. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NUMBER |
| vs. | ) | 2:18-cv-00870-ECM-WC |
| | ) | |
| TOMMY GLASSCOCK, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS' NOTICE OF TRIAL CONFLICT**

**COMES NOW** Mark Boardman, the attorney for Defendant Tommy Glasscock in the above matter, and files this Notice of Trial Conflict, because the above case and *Sharon Robinson vs. Alabama State University and Forritte L. Lawson,* Civil Action No. 2:16-CV-148-KFP, are both set for trial the week of February 1, 2021.

> */s/ Mark S. Boardman*
> Mark S. Boardman (BOA001)
> BOARDMAN, CARR, PETELOS,
>   WATKINS, & OGLE, P.C.
> 400 Boardman Drive
> Chelsea, Alabama 35043-8211
> Telephone:  (205) 678-8000
> Facsimile:   (205) 678-0000

## CERTIFICATE OF SERVICE

      I hereby certify that on **November 13, 2020**, I electronically filed the foregoing with the Clerk of Court using the CM-ECF electronic filing system which will send notification of such filing to the following if registered. If the following is not registered with the CM-ECF electronic filing system, I certify that I served the foregoing by United States certified mail, properly addressed and postage prepaid, to wit:

Terrell McCants, Esq.
BURRELL & MCCANTS, LLC
712 32nd Street South
Birmingham, Alabama 35233

Sonya C. Edwards, Esq.
EDWARDS LAW, LLC
3900 Montclair Road
Suite 1 # 130937
Birmingham, Alabama 35213

                                            */s/ Mark S. Boardman*
                                            Of Counsel